NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SUM,<br><br>            Petitioner,<br><br>    vs.<br><br>NORTHERN DISTRICT OF CALIFORNIA,<br><br>            Respondent. | No. C 09-02623 JF (PR)<br><br>ORDER OF TRANSFER |

Petitioner, a state prisoner currently incarcerated at the California State Prison, Substance Abuse Treatment Facility in Corcoran, California, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction in the San Joaquin County Superior Court.

A state prisoner challenging the constitutionality of his state conviction may do so by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v.

Order of Transfer
P:\PRO-SE\SJ.JF\HC.09\Sum02623_transfer.wpd

1  Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d
2  244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of
3  sentence).
4        Accordingly, this case is TRANSFERRED to the United States District Court
5  for the Eastern District of California. See 28 U.S.C. §§ 84(b), 1391(b), 1404(a);
6  Habeas L.R. 2254-3(b)(1). The Court notes that Petitioner paid the filing fee in an
7  earlier filed action, Case Number 09-00523 JF (PR), which was dismissed for failure
8  to file a petition in the time provided. It appears that the petition which Petitioner
9  intended to file in the earlier case was opened as this separate action.
10        The Clerk shall transfer the entire file to the Eastern District of California.
11        IT IS SO ORDERED.
12  DATED: 10/2/09
13  JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\HC.09\Sum02623_transfer.wpd       2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRIAN SUM,

          Petitioner,

  v.

NORTHERN DISTRICT OF CALIFORNIA,

          Respondent.
                                                /

Case Number: CV09-02623 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   10/7/09  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Sum F-20945
CSP-SATF IV
Substance Abuse Treatment Facility
P.O. Box 5246; C-5; Cell-132
Corcoran, CA 93212

Dated:   10/7/09

                                        Richard W. Wieking, Clerk